IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TIMOTHY MASON, | |
| Plaintiff, | 4-20-CV-3088 |
| vs. | |
| CONTITECH NORTH AMERICA, INC. f/k/a VEYANCE TECHNOLOGIES, INC. , | JUDGMENT |
| Defendant. | |

For the reasons stated in the Court's memorandum and order of March 26, 2021 (filing 24) and the accompanying memorandum and order, the plaintiff's complaint is dismissed.

Dated this 11th day of May, 2021.

BY THE COURT:

John M. Gerrard
Chief United States District Judge